# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 29, 2011

Lyle W. Cayce
Clerk

No. 11-40393
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARIO JEHOBANNY GARAY-GARAY, also known as Santos Tomas Aguilar,
also known as Jose De La Cruz-Lopez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:10-CR-977-1

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Mario Jehobanny
Garay-Garay has moved for leave to withdraw and has filed a brief in accordance
with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632
F.3d 229 (5th Cir. 2011). Garay-Garay has not filed a response. We have
reviewed counsel's brief and the relevant portions of the record reflected therein.
We concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.